IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALVIN PRINCE JONES, | § |
| Petitioner/Movant, | § |
| V. | § CRIMINAL ACTION NO. H-97-038 |
| | § CIVIL ACTION NO. H-06-2599 |
| UNITED STATES OF AMERICA, | § |
| Respondent. | § |

### FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Order Adopting Recommendation of the Magistrate Judge, and the Memorandum and Recommendation of the Magistrate Judge signed and entered on September 29, 2006, which Memorandum is adopted as the opinion of this Court, that Petitioner/Movant Alvin Prince Jones's § 2255 Motion to Vacate, Set Aside or Correct Sentence (Document No. 142) is DENIED and DISMISSED with prejudice. It is further

ORDERED that a Certificate of Appealability is DENIED.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, this 28TH day of November, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE